**Order filed August 21, 2018**



In The

## Court of Appeals

For The

## First District of Texas

———————————

**NO. 01-18-00599-CR**

———————————

**JOSE RUPERTO ALANIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 30th District Court
Witchita County, Texas
Trial Court Cause No. 55,523-A

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit No. 83, a DVD of surveillance video from State West, admitted in the trial held on April 17, 2018.

The exhibit clerk of the 30th District Court is directed to deliver to the Clerk of this Court the original of State's Exhibit No. 83, a DVD of surveillance video from State West, admitted in the jury trial held on April 17, 2018, **on or before August 31, 2018**. The Clerk of this Court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 83, to the clerk of the 30th District Court.

PER CURIAM